**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**JENNIFER FLEISCHER,**

          **Plaintiff,**

**v.**                                    **Case No:  6:12-cv-1474-Orl-36DAB**

**VOYAGE HEALTHCARE, LLC and**
**NOAL CURLEY,**

          **Defendants.**

_____

## <u>ORDER</u>

This cause comes before the Court on the Report and Recommendation of Magistrate Judge David A. Baker, filed on February 21, 2013 (Doc. 25).   In the Report and Recommendation, the Magistrate Judge recommends that the Court deny the parties' Joint Motion for Approval of Settlement Agreements (Doc. 24).  *See* Doc. 25.  No party has objected to the Report and Recommendation and the time to do so has expired.

The Court is in agreement with the Magistrate Judge that it cannot find that the parties' settlement is "fair and reasonable," as required by *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1354-55 (11th Cir. 1982).  *See* Doc. 25.  The parties have offered no explanation for the significant compromise in Plaintiff's claim.  *Id.* at 3.  Moreover, with respect to Defendants' agreement to pay attorneys' fees to Plaintiff, no corresponding time sheets or descriptions have been provided to the Court.  *Id.* at 3–4.  Nor have the parties presented any evidence that the amount of such fees is reasonable.  *Id*.  Under these circumstances, the Court cannot find that the settlement is "fair and reasonable."   Therefore, after careful consideration of the Report and Recommendation of the Magistrate Judge, in conjunction with an independent examination of

the court file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

Accordingly, it is hereby **ORDERED**:

1.      The Report and Recommendation of the Magistrate Judge (Doc. 25) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

2.      The parties' Joint Motion for Approval of Settlement Agreements (Doc. 24) is **DENIED**.

**DONE** and **ORDERED** in Orlando, Florida on March 15, 2013.

Charlene Edwards Honeywell
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties
United States Magistrate Judge David A. Baker