UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

ORLANDO DIVISION

**JENNIFER FLEISCHER,**

       **Plaintiff,**

v.                                             Case No:  6:12-cv-1474-Orl-36DAB

**VOYAGE HEALTHCARE, LLC, NOAL CURLEY,**

       **Defendants.**

_____

## ORDER

This cause comes before the Court on the Report and Recommendation of Magistrate Judge David A. Baker, filed on April 22, 2013 (Doc. 29).  In the Report and Recommendation, the Magistrate Judge recommends that the Court grant, in part, the parties' Renewed Joint Motion for Approval of Settlement Agreements and Request for Extension of Time to File Case Management Report ("Renewed Motion to Approve Settlement"), filed on April 16, 2013 (Doc. 28), and dismiss this case with prejudice.  *See* Doc. 29, p. 3.  No party has objected to the Report and Recommendation and the time to do so has expired.

The Court agrees that the parties' settlement is a "fair and reasonable resolution of a bona fide dispute" of the claims raised pursuant to the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq*.  *See Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1354–55 (11th Cir. 1982). Therefore, after careful consideration of the Report and Recommendation of the Magistrate Judge, in conjunction with an independent examination of the court file, the Court is of the

opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

Accordingly, it is hereby **ORDERED and ADJUDGED**:

1. The Report and Recommendation of the Magistrate Judge (Doc. 29) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

2. The Renewed Motion to Approve Settlement (Doc. 28) is **GRANTED in part** and **DENIED in part**:

    a. The Settlement (Doc. 28-Ex. B) is **APPROVED**, as it constitutes a fair and reasonable resolution of a bona fide dispute.

    b. The Renewed Motion to Approve Settlement is **DENIED** in all other respects.

3. This action is **DISMISSED with prejudice**.

4. The Court declines to retain jurisdiction over this matter.

5. The Clerk is directed to terminate all pending motions and deadlines and close this case.

**DONE** and **ORDERED** in Orlando, Florida on May 13, 2013.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties
United States Magistrate Judge David A. Baker